

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00455-CV

THE STODDARD GROUP, LTD.                                    APPELLANT

V.

MERITAGE HOMES OF TEXAS, LLC                               APPELLEE

------------

## FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party shall bear its own costs of the appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                                          PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: February 14, 2013

---

[1]*See* Tex. R. App. P. 47.4.